**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HENRY A. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 26-2686 (UNA) |
| | ) | |
| US MARSHALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on consideration of Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), and *pro se* Complaint (ECF No. 1). The Court GRANTS the application and DISMISSES the complaint and this civil action without prejudice.

It appears that a Magistrate Judge of the Superior Court of the District of Columbia issued an order for the U.S. Marshals Service to serve subpoenas on Plaintiff's behalf, and that service has not been effected. *See* Compl. at 4. Plaintiff asks this Court to "vacate all DC Superior Court Housing Court Judgments against" him. *Id.* This federal district court lacks jurisdiction to do so. As a general rule applicable here, a federal district court lacks jurisdiction to review the decisions of other courts. *See United States v. Choi*, 818 F. Supp. 2d 79, 85 (D.D.C. 2011) (stating district courts "generally lack[] appellate jurisdiction over other judicial bodies, and cannot exercise appellate mandamus over other courts") (citing *Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C. 1986)).

Because the Court lacks subject matter jurisdiction, the complaint and this civil action must be dismissed. An Order is issued separately.

/s/
AMIT P. MEHTA
United States District Judge

DATE: August 17, 2026